UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GLORIA YEE, as trustee of THE MOON PARK YEE RESIDUAL TRUST B-2; FAT NOODLE 2ND SF, LLC; FAT NOODLE LLC; ADVANTAGE RESTAURANT PARTNERS, LLC; DAUNTLESS LLC; SAISON GROUP LLC; ADAM FLEISCHMAN, an individual; JOSHUA SKENES, an individual; LEE WEINBERG, an individual; and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____ / | Case No. 3:21-cv-05339-WHO<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE THE HEARING AND BRIEFING DEADLINES FOR USLI'S MOTION FOR SUMMARY JUDGMENT** |

/ / /

/ / /

-1-

ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING AND DEADLINES
2:18-cv-07827-MWF-FFM

BERDING & WEIL, LLP
2175 N California Blvd Suite 500
Walnut Creek, California 94596

4892-1279-2868, v. 1

The Court having considered the *Joint Stipulation to Continue the Hearing and Briefing Deadlines* (the "Stipulation") entered into between *plaintiff* United States Liability Insurance Company ("USLI"), defendant Gloria Yee, as trustee of The Moon Park Yee Residual Trust B-2 and defendant Lee Weinberg and GOOD CAUSE APPEARING THEREFOR,

**IT IS ORDERED THAT** the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that:

1. The deadline to file oppositions to USLI's motion for summary judgment/partial summary judgement shall be extended to **July 11, 2022**.

2. The deadline for USLI to file reply briefs shall be extended to **July 25, 2022**.

3. The hearing on USLI's motion shall be set for hearing on **August 17, 2022**, or a later date convenient to the Court.

**IT IS SO ORDERED**.

DATED: June 13, 2022

_____
WILLIAM H. ORRICK
United States District Judge

-2-
ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING AND DEADLINES
2:18-cv-07827-MWF-FFM

BERDING & WEIL, LLP
2175 N California Blvd  Suite 500
Walnut Creek, California 94596

4892-1279-2868, v. 1