UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES LIABILITY INSURANCE COMPANY, | Case No. 21-cv-05339-WHO |
|---|---|
| Plaintiff, | **ORDER DISMISSING THE CASE** |
| v. | Re: Dkt. No. 85 |
| GLORIA YEE, et al., | |
| Defendants. | |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement and jointly move to dismiss the case. Dkt. No. 85.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE pursuant to the stipulation of settlement. I retain jurisdiction to enforce the terms of the settlement. **IT IS SO ORDERED**.

Dated: March 28, 2025

WILLIAM H. ORRICK
United States District Judge